Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for West Asset Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA AIROZO, | ) Case No.  09-CV-02014-JAM-DAD |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO DISMISS WITH PREJUDICE |
| WEST ASSET MANAGEMENT, | ) |
| Defendant. | ) |

   Plaintiff, RITA AIROZO, filed the present action against WEST ASSET MANAGEMENT, INC. ("WEST") on July 21, 2009.  West filed its responsive pleading on September 29, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 6/15/09          KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Rita Airozo

Dated: 6/15/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
West Asset Management, Inc.

IT IS SO ORDERED.

Dated:   January 11, 2010          /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com